FILED
CLERK, U.S. DISTRICT COURT
JUN 2 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Albert Lamont Hector<br><br>　　　　　　　　Defendant. | MJ 16-1148<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ✓ ) On motion of the Government involving an alleged

　　1. ( ✓ ) crime of violence;

　　2. ( ) offense with maximum sentence of life imprisonment or death;

　　3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more
　　　　years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

　　4. ( ) felony - defendant convicted of two or more prior offenses described above;

　　5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or
　　　　possession or use of a firearm or destructive device or any other dangerous weapon,
　　　　or a failure to register under 18 U.S.C § 2250.

B. ( ) On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

///

1. ( ) serious risk defendant will flee;

2. ( ) serious risk defendant will

    a. ( ) obstruct or attempt to obstruct justice;

    b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required; and/or

B. (✓) safety of any person or the community.

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (✗) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

_prior record; present charge_

///

///

///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07).

1 | B. (✗) History and characteristics indicate a serious risk that defendant will flee because:
2 | _severity of potential punishment,_
3 | _evidence of attempted flight;_
4 | _lack of **** known bail resources_
5 |
6 |
7 |
8 | C. ( ) A serious risk exists that defendant will:
9 |   1. ( )  obstruct or attempt to obstruct justice;
10 |  2. ( )  threaten, injure or intimidate a witness/ juror, because:
11 |
12 |
13 |
14 |
15 |
16 |
17 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
18 |       provided in 18 U.S.C. § 3142 (e).
19 | IT IS ORDERED that defendant be detained prior to trial. _without prejudice_
20 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
21 | facility separate from persons awaiting or serving sentences or person held pending appeal.
22 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
23 | consultation with his counsel.
24 |
25 |
26 | DATED: 6/29/16         _[signature]_
27 |                        U.S. MAGISTRATE / DISTRICT JUDGE
28 |

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                Page 3 of 3